DUBOSE ET AL., APPELLEES, *v.* AKRON PUBLIC SCHOOLS, APPELLANT.

[Cite as *DuBose v. Akron Pub. Schools* (1999), 85 Ohio St.3d 1215.]

(No. 98–1179—Submitted April 20, 1999—Decided May 26, 1999.)

---

*Taubman & Nager* and *Bruce D. Taubman,* for appellees.

*Joyce V. Kimbler,* for appellant.

1216

This cause is dismissed, *sua sponte*, as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties *inter se*.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.